■ MARK J. POVINELLI, Respondent, v NANCY (SCHMAL) POVINELLI, Appellant. [668 NYS2d 128] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Grow, J. (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Custody.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

■ MARY R. COSENTINO, Respondent, v JOSEPH K. COSENTINO, Appellant. [668 NYS2d 128] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.— Divorce.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.